**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6665**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

IPOLITO CAMPOS, a/k/a Polo,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:03-cr-00032-HCM-FBS-1)

Submitted:  June 21, 2012         Decided:  June 26, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ipolito Campos, Appellant Pro Se.  Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ipolito Campos appeals the district court's order denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Campos, No. 2:03-cr-00032-HCM-FBS-1 (E.D. Va. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED